## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:**  5:24-cv-00947-SVW-BFM                    **Date:** July 18, 2024

**Title:**  *Dwayne Amsterdam v. Martica Rochelle Smith*

==================================================================

Present:  The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:    (In Chambers) Order to Show Cause Re Proof of Service (ECF 5)**

Pursuant to the Court's May 8, 2024, Order Re: Civil Rights Case (ECF 5), Plaintiff was to promptly proceed with service of the summons and complaint and file a proof of service with the court no later than July 2, 2024. Plaintiff's proof of service of the summons and complaint has not been received by the Court. Accordingly, **no later than August 19, 2024, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow court orders. Plaintiff's filing of the proof of service on or before **August 19, 2024**, shall be deemed compliance with this Order to Show Cause.

**IT IS SO ORDERED.**

cc:    Dwayne Amsterdam, pro se

Initials of Preparer:    ___ch___

Page **1** of **1**