JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DWAYNE AMSTERDAM,<br>　　　　Plaintiff,<br>　　v.<br>MARTICA ROCHELLE SMITH,<br>　　　　Defendant. | No. 5:24-cv-00947-SVW-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: January 2, 2025

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE